Mike Rodenbaugh
California Bar No. 179059
Marie McCann
California Bar No. pending
RODENBAUGH LAW
548 Market Street
Box 55819
San Francisco, CA  94104
(415) 738-8087

Attorneys for Plaintiff Virtual Point Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTUAL POINT INC., a California corporation dba Captive Media,<br><br>Plaintiff,<br><br>vs.<br><br>HEDERA AB, a Swedish limited liability company,<br><br>Defendant. | Case No. 3:13-cv-5690<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

   The undersigned, counsel of record for Virtual Point, dba Captive Media, certifies that as of this date, other than the named parties, there is no such interest to report.

RESPECTFULLY SUBMTTED,

DATED:  December 9, 2013         By: /s/ *Mike Rodenbaugh*

COMPLAINT FOR DECLARATORY JUDGMENT &
DEMAND FOR JURY TRIAL

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

        Mike Rodenbaugh
        RODENBAUGH LAW
        584 Market Street
        Box 55819
        San Francisco, CA 94014
        Tel/fax: (415) 738-8087

        Attorneys for Plaintiff Virtual Point Inc.

COMPLAINT FOR DECLARATORY JUDGMENT &
DEMAND FOR JURY TRIAL

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

2