UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRTUAL POINT, INC.,** dba Captive Media,<br><br>    Plaintiff,<br><br>    v.<br><br>**HEDERA AB,**<br><br>    Defendant. | Case No.: 13-CV-5690 YGR<br><br>**ORDER VACATING HEARING ON MOTION FOR ALTERNATE SERVICE** |

Plaintiff Virtual Point Inc. ("Virtual") has filed a motion for alternative service pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure. (Dkt. No. 11.) The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for **April 29, 2014**, is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: April 25, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**