**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VIRTUAL POINT, INC.,** dba Captive Media,<br><br>    Plaintiff,<br><br>    v.<br><br>**HEDERA AB,**<br><br>    Defendant. | Case No.: 13-CV-5690 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING REGARDING STATUS OF SERVICE OF DEFENDANT; CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **SETS** a compliance hearing regarding Plaintiff's completion of service of process upon Defendant for Friday, **November 21, 2014,** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

**Five (5) business days** prior to the date of the compliance hearing, Plaintiff shall file a status report regarding completion of service. If service is complete, Plaintiff need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if Plaintiff has submitted a status report in a timely fashion.

The case management conference currently set for October 6, 2014, is **CONTINUED** to **January 12, 2015,** at 2:00 p.m.

This Order terminates Dkt. No. 22.

**IT IS SO ORDERED**.

Date: October 1, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**