UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRTUAL POINT, INC.**, <br> Plaintiff, <br> v. <br> **HEDERA AB**, <br> Defendant. | Case No. 13-cv-05690-YGR <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT IN LIGHT OF AMENDED COMPLAINT** <br><br> Re: Dkt. No. 26 |

Defendant Hedera AB filed its Motion to Dismiss on November 28, 2014. (Dkt. No. 26.) Pursuant to the stipulation of the parties, filed December 17, 2014 (Dkt. No. 32), Plaintiff Virtual Point, Inc. has filed an amended complaint and Defendant Hedera AB will file its responsive pleading no later than January 9, 2015. In light of the foregoing, the pending Motion to Dismiss is **DENIED** as Moot.

This terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: December 22, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**