UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRTUAL POINT, INC.**, <br>     Plaintiff, <br><br> v. <br><br> **HEDERA AB**, <br>     Defendant. | Case No. 13-cv-05690-YGR <br><br> **ORDER GRANTING MOTION TO WITHDRAW (DKT. NO. 40), GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL (DKT. NO. 44), AND VACATING ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 39, 40, 44 |

Based upon the Response to Order to Show Cause and Notice of Substitution (Dkt. No. 44, 45) filed on February 18, 2015, the Court **ORDERS** that:

The Order to Show Cause currently set for hearing on February 24, 2015, is **VACATED**;

The motion of counsel Mike Rodenbaugh of Rodenbaugh Law to withdraw as counsel of record for Plaintiff Virtual Point, Inc., a corporation ("Plaintiff") is **GRANTED**;

The substitution of counsel for Plaintiff by Brian Patrick Kinder of Kinder Law LLC is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 20, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**