UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRTUAL POINT, INC.**, <br> Plaintiff, <br> v. <br> **HEDERA AB**, <br> Defendant. | Case No. 13-cv-05690-YGR <br><br> **SECOND ORDER SHOW CAUSE RE: DISMISSAL** <br><br> Re: Dkt. No. 38 |

## ORDER TO SHOW CAUSE

**TO PLAINTIFF VIRTUAL POINT, INC. AND ITS COUNSEL OF RECORD, BRIAN P. KINDER OF THE KINDER LAW GROUP:**

You are **ORDERED TO SHOW CAUSE** why this action should not be dismissed without prejudice. On February 18, 2015, attorney Kinder appeared for Plaintiff Virtual Point Inc. ("Plaintiff") and requested that the Court request its Order to Show Cause re: Dismissal and permit him to "timely file an opposition" to the pending Motion to Dismiss, filed by Defendant Hedera AB filed January 9, 2015. The hearing on that motion was continued from February 17 to April 21, 2015, in light of the request to withdraw filed by Plaintiff's prior counsel.

As of the time of this order, no response to the motion has been filed by Plaintiff.

Plaintiff and its counsel shall file a written response to this Order to Show Cause no later than **Monday, April 6, 2015**.

**IT IS SO ORDERED.**

Dated: April 1, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**