UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRTUAL POINT, INC.**,<br><br>    Plaintiff,<br><br>v.<br><br>**HEDERA AB**,<br><br>    Defendant. | Case No. 13-cv-05690-YGR<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS AND ORDER TO SHOW CAUSE; SETTING COMPLIANCE RE: SETTLEMENT**<br><br>Re: Dkt. No. 38 |

In light of the parties' stipulated response (Dkt. No. 48) to the Court's Order to Show Cause, issued on April 1, 2015, and the indication therein that this matter has been settled, the Court **ORDERS** as follows:

(1) the hearing on the Motion to Dismiss, currently set for April 21, 2015, and all other pending motion and case management dates are **VACATED**.

(2) the Order that Plaintiff and its Counsel Show Cause re: Dismissal is **VACATED**;

(3) a compliance hearing shall be set on the Court's **9:01 a.m.** calendar on **Friday, May 15, 2015,** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**