UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRTUAL POINT, INC.**, <br> Plaintiff, <br> v. <br> **HEDERA AB**, <br> Defendant. | Case No.  13-cv-05690-YGR <br><br> **ORDER CONTINUING COMPLIANCE DATE RE: SETTLEMENT** <br><br> Re: Dkt. No. 38 |

In light of the parties' stipulated response (Dkt. No. 50) to the Court's Order setting a compliance hearing, the Court **CONTINUES** the compliance hearing currently set for May 15, 2015 to **Friday, June 5, 2015, at 9:01 a.m.** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: May 12, 2015

**YVONNE GONZALEZ ROGERS** <br> **UNITED STATES DISTRICT JUDGE**