Brian P. Kinder (SBN 212332)
THE KINDER LAW GROUP, APC
19200 Von Karman Avenue, Fourth Floor
Irvine, CA  92612
Telephone: (949) 216-3070
Facsimile: (949) 216-3074
Email: bkinder@tklglaw.com

*Attorneys for Plaintiff Virtual Point Inc.*

John R. Edwards (SBN 44310)
john.edwards@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Ave.
Palo Alto, CA  94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

Robin A. McCue (*pro hac vice*)
Megan M. New (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorney for Defendant Hedera AB*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRTUAL POINT INC., a California corporation dba Captive Media, <br><br> Plaintiff, <br><br> vs. <br><br> HEDERA AB, a Swedish limited liability company, <br><br> Defendant. | CASE NO. 4:13-CV-5690-YGR <br><br> ORDER GRANTING **PARTIES' STIPULATION TO DISMISS WITH PREJUDICE** |

    Plaintiff Virtual Point, Inc. ("Virtual Point") and Defendant Hedera AB ("Hedera") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Virtual Point's claim in this action, with

prejudice. In support of this Stipulation, the Parties state as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of this action without a Court order;

WHEREAS, on May 5, 2015, the Parties entered into a settlement agreement that stipulates to the dismissal of all claims with prejudice;

WHEREAS, the Parties have further agreed that they shall each bear their own attorneys' fees and expenses incurred in any way related to this action.

IT IS HEREBY STIPULATED AND AGREED by the Parties through their counsel:

1. Virtual Point's claims against Hedera in this action shall be dismissed with prejudice; and

2. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to this action.

IT IS SO STIPULATED.


DATED: May 12, 2015					KIRKLAND & ELLIS LLP

							*/s/ Megan M. New*
							John R. Edwards
							KIRKLAND & ELLIS LLP
							3330 Hillview Ave.
							Palo Alto, California 94304
							Telephone: (650) 859-7000
							Facsimile: (650) 859-7500
							john.edwards@kirkland.com

							Robin A. McCue (*pro hac vice*)
							Megan M. New (*pro hac vice*)
							KIRKLAND & ELLIS LLP
							300 North LaSalle
							Chicago, Illinois 60654
							Telephone: (312) 862-2000
							Facsimile: (312) 862-2200
							robin.mccue@kirkland.com
							megan.new@kirkland.com

							*Attorneys for Defendant Hedera AB*

DATED: May 12, 2015					THE KINDER LAW GROUP

							*/s/ Brian P. Kinder*
							Brian P. Kinder (SBN 212332)

19200 Von Karman Avenue, Fourth Floor
Irvine, CA  92612
Telephone: (949) 216-3070
Facsimile: (949) 216-3074
Email: bkinder@tklglaw.com

*Attorney for Plaintiff Virtual Point Inc.*

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 13, 2015

_____
Yvonne Gonzalez Rogers
U.S. District Court Judge



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers